155 So.2d 608

**Wyatt Tee WALKER**

**v.**

**STATE.**

**3 Div. 51.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty, Gen., opposed.

COLEMAN, Justice.

Petition of Wyatt Tee Walker for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Walker v. State, 155 So.2d 607.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

151 So.2d 744

**John WILBANKS**

**v.**

**STATE.**

**5 Div. 767.**

Supreme Court of Alabama.

April 4, 1963.

'Richmond M. Flowers, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., for petitioner.

Goodwyn & Smith, Montgomery, Beddow, Embry & Beddow, Birmingham, and Howard & Dunn, Wetumpka, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Wilbanks v. State, Ala.App., 151 So.2d 741.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

152 So.2d 430

**Thomas WILLIAMS**

**v.**

**STATE.**

**3 Div. 63.**

Supreme Court of Alabama.

April 11, 1963.

Thomas Williams pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Thomas Williams for certiorari to the Court of Appeals to review and revise the judgment and decision in Williams v. State, Ala.App., 152 So.2d 429.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.